IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LEROY L. BAINES, JR.,**

    **Plaintiff,**

    v.                                   **CASE NO. 6:24-cv-00754-PGB-LHP**

**MIDLAND CREDIT**
**MANAGEMENT, INC.,**

    **Defendant.**
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**
**AS TO DEFENDANT MIDLAND CREDIT MANAGEMENT, INC.**

Plaintiff, Leroy L. Baines, Jr. (hereinafter, "Plaintiff"), and Defendant, Midland Credit Management, Inc., hereby file this *Joint Stipulation for Dismissal with Prejudice as to Defendant Midland Credit Management, Inc.* as follows:

There are no longer any issues in this matter between Plaintiff and Defendant to be determined by this Court. Plaintiff and Midland Credit Management, Inc., hereby stipulate that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all causes of action that were or could have been asserted against Midland Credit Management, Inc. are dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring the same.

Dated: 7/17/2024

                                            Respectfully submitted,

1

By: _____  
Leroy L. Baines, Jr.  
Plaintiff

**MESSER, STRICKLER,**
**BURNETTE, LTD.**
By:   */s/ Maureen B. Walsh*
MAUREEN B. WALSH, ESQUIRE
FL Bar No. 28179
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
mwalsh@messerstrickler.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on 7/17/2024, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

By:   */s/Maureen B. Walsh*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
MAUREEN B. WALSH, ESQUIRE
FL Bar No. 28179
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172

                                        (904) 683-7353 (fax)
                                        lburnette@messerstrickler.com
                                        jmarees@messerstrickler.com
                                        mwalsh@messerstrickler.com
                                        *Counsel for Defendant*

Dated: 7/17/2024