UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LEROY L. BAINES, JR.,**

      **Plaintiff,**

v.                                                                               Case No: 6:24-cv-754-PGB-LHP

**MIDLAND CREDIT MANAGEMENT INC.,**

      **Defendant.**

_____/

## ORDER

This cause is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice, filed July 17, 2024. (Doc. 24). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Midland Credit Management Inc. are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on July 17, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

2

Counsel of Record
Unrepresented Parties